UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LARRY WALKER,

        Petitioner,              Case No. 1:22-cv-497

v.                                           Hon. Hala Y. Jarbou

CHRIS KING,

        Respondent.
_____/

## **ORDER**

This is a habeas corpus action brought by a state prisoner under 28 U.S.C. § 2254. Petitioner did not proceed *in forma pauperis* in this Court. By opinion, order, and judgment issued July 13, 2022, the Court dismissed the petition. (ECF Nos. 16, 17, 18.) Petitioner appealed the dismissal. The Court granted Petitioner leave to proceed *in forma pauperis* on appeal. (ECF No. 31.) That order made clear that Petitioner was not required to pay the $505.00 appellate filing fees. (*Id.*, PageID.815.) By order entered March 6, 2023, the Sixth Circuit Court of Appeals denied Petitioner's request for a certificate of appealability. (ECF No. 37.) This matter is presently before the Court on Petitioner's motion to suspend initial filing fees and proceed *in forma pauperis* (ECF No. 40). This matter is closed. There are no fees owed. Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's motion to suspend initial filing fees and proceed *in forma pauperis* (ECF No. 40) is **DENIED** as unnecessary.

Dated: July 18, 2023                            /s/ Hala Y. Jarbou
                                                         HALA Y. JARBOU
                                                         CHIEF UNITED STATES DISTRICT JUDGE